UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW SMITH** | ) CIVIL ACTION 2:23-cv-02011-GGG-DPC |
| | ) |
| **VERSUS** | ) SECTION: Judge Greg Gerard Guidry |
| | ) |
| **GUARDIAN LIFE INSURANCE COMPANY** | ) MAGISTRATE JUDGE: Donna Phillips Currault |
| | ) |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Matthew Smith ("Plaintiff") and Defendant The Guardian Life Insurance Company of America ("Defendant"), incorrectly named in Plaintiff's Complaint as Guardian Life Insurance Company, and hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 29th day of January, 2024.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Reagan L. Toledano* | */s/ Melissa Gutierrez Alonso* |
| Reagan L. Toledano (La. 29687) | Melissa Gutierrez Alonso (La. 38010) |
| Willeford & Toledano | Bradley Arant Boult Cummings LLP |
| 201 St. Charles Avenue, Suite 3206 | 600 Travis Street, Suite 5600 |
| New Orleans, Louisiana 70170 | Houston, Texas 77002 |
| 504.582.1286 (phone) | 713.576.0300 (phone) |
| 313.692.5927 (facsimile) | 713.576.0301 (facsimile) |
| reagan@toledanolaw.com | malonso@bradley.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Reagan L. Toledano (LA. 29687)
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 3206
New Orleans, Louisiana 70170
reagan@toledanolaw.com

*Attorney for the Plaintiff*

                */s/ Melissa Gutierrez Alonso*
                Melissa Gutierrez Alonso