# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MATTHEW SMITH** | ) | CIVIL ACTION |
| | ) | |
| **VERSUS** | ) | 2:23-cv-02011 |
| | ) | |
| **GUARDIAN LIFE INSURANCE COMPANY** | ) | SECTION: T (2) |
| | ) | |
| | ) | |

# ORDER

**WHEREFORE,** Plaintiff Matthew Smith ("Plaintiff") and Defendant The Guardian Life Insurance Company of America ("Defendant"), incorrectly named in Plaintiff's Complaint as Guardian Life Insurance Company, have filed a Joint Stipulation of Dismissal (doc. 12) pursuant to the Federal Rules of Civil Procedure, it is hereby

**ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

New Orleans, Louisiana, this 15th day of February, 2024.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE